AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Carol O'Neal Kicinski<br><br><br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:22-mj-00036
Assigned to: Judge Meriweather, Robin M.
Assign Date: 2/22/2022
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Carol O'Neal Kicinski ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment   ❒ Superseding Indictment   ❒ Information   ❒ Superseding Information   ☒ Complaint
❒ Probation Violation Petition   ❒ Supervised Release Violation Petition   ❒ Violation Notice   ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Robin M. Meriweather
2022.02.22 16:16:40
-05'00'

Date:     02/22/2022

*Issuing officer's signature*

City and state:        Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 02/22/22 , and the person was arrested on *(date)* 02/23/22<br>at *(city and state)* Dunedin , Fl. .<br><br>Date: 02/23/22<br><br>*Arresting officer's signature*<br><br>Shaun M. Walsh<br>*Printed name and title* |